

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 17-666-SJO |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Rayfield Brown | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11-2-17

*[signature]*

~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE

2